STURGE *v.* BOARD OF SUPERVISORS OF GLADWIN
COUNTY.

BOARDS OF HEALTH — CONTAGIOUS DISEASES — LIABILITY OF COUNTY.
  Case ruled by *Pierce* v. *Board of Sup'rs of Gladwin Co., ante,*
  423.

*Certiorari* to Gladwin; Sharpe, J.   Submitted February 23, 1904.   (Calendar No. 20,378.)   Decided April 26, 1904.

*Mandamus* by Arthur S. Sturge to compel the board of supervisors of Gladwin county to allow certain claims for medical services rendered in cases of contagious diseases.   From an order granting the writ in part only, relator brings *certiorari.*   Reversed.

*F. E. Emerick,* for relator.

*F. L. Prindle,* for respondent.

PER CURIAM.   This case is on all fours with *Pierce* v. *Board of Sup'rs of Gladwin Co., ante,* 423, in which an opinion is just handed down, and is governed by it.

The case is remanded, with directions that the writ issue as prayed.